1

2

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

3

4

Comcast of California III, Inc., a California
corporation,

5

Plaintiff,

6

v.

7

8

9

10

11

World Wide Corporation, a California
corporation, and Jong Bae Park, individually,
Jun Wha Jin, individually, and Jung Ja Park,
individually, Broadtek, LLC, a California
Limited Liability Company, Bumhyo K. Lee
a/k/a Kevin Lee, individually and Sok Hun Jin
a/k/a Eric Jin a/k/a Eric Hun Jin, individually

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.  C 03-3718 CW**

**Honorable Judge Claudia Wilken**

**ORDER GRANTING STIPULATION
FOR AN AGREED ORDER ON
RELEASE OF FROZEN FUNDS AND
DISMISSAL OF CASE**

12

13

14

        This matter coming to be heard on the Stipulation of the parties for an Agreed Order on

Release of Frozen Funds and Dismissal of Case, it is hereby,

15

16

        **ORDERED AND DECREED** that:

17

18

19

20

21

22

        (1)        Nara Bank shall immediately redeem the CD Account Numbers 501453006,

                501453036, and 501453037 in the name of Jong Bae Park and Jung Ja Park

                Account No. 05-014530-38 and turnover the total funds from this redemption

                (approximately  $346,777.24)  in  a  check  made  payable  to  "Coman  &

                Anderson, PC IOLTA Account" to Attn: Jeffrey R. Platt, 2525 Cabot Drive,

                Suite 300, Lisle, IL 60532, and

23

24

25

26

27

        (2)        Hanmi Bank shall immediately liquidate CD Account Number 11300086, in

                the name of Jong Bae Park and turnover from this liquidation a total amount

                of $78,222.76 in a check made payable to "Coman & Anderson, PC IOLTA

                Account" to Attn: Jeffrey R. Platt, 2525 Cabot Drive, Suite 300, Lisle, IL

                60532, with the remaining total balance to be paid to Jong Bae Park, and

28

Case No. C 03-3718 CW                    - 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(3)     Coman & Anderson, PC shall upon receipt of the funds from Hanmi Bank and Nara Bank shall immediately deposit same, and upon clearance immediately issue a check payable to Jong Bae Park in the amount of any balance above the amount of $425,000.00 that is collected, and

**IT IS FURTHER ORDERED AND DECREED** that this matter is dismissed without prejudice with leave to reinstate for thirty (30) days to allow settlement funds  to be paid to Plaintiff and to clear (or until January 31, 2008), with each party to bear its own attorney's fees and costs.  Upon the expiration of the thirty (30) day period, and Plaintiff not having moved to have this matter reinstated, the dismissal shall automatically be converted to a dismissal with prejudice.

SO ORDERED, this 6ty day of  December, 2007.

_____

**CLAUDIA WILKEN**
**United States District Court Judge**

Case No. C 03-3718 CW                           - 2 -