# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Comcast of California III, Inc., a California
corporation,

Plaintiff,

v.

World Wide Corporation, a California
corporation, and Jong Bae Park, individually,
Jun Wha Jin, individually, and Jung Ja Park,
individually, Broadtek, LLC, a California
Limited Liability Company, Bumhyo K. Lee
a/k/a Kevin Lee, individually and Sok Hun Jin
a/k/a Eric Jin a/k/a Eric Hun Jin, individually

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. C 03-3718 CW

Honorable Judge Claudia Wilken

**ORDER GRANTING STIPULATION
FOR AN AGREED ORDER ON
RELEASE OF FROZEN FUNDS**

This matter coming to be heard on the Stipulation of the parties for an Agreed Order on

Release of Frozen Funds, it is hereby,

**ORDERED AND DECREED** that:

(1)     Hanmi Bank shall immediately liquidate CD Account Numbers 11300087 and

11300088, and turnover from this liquidation a total amount of $205,730.30

in a check made payable to "Coman & Anderson, PC IOLTA Account" to

Attn: Jeffrey R. Platt, 2525 Cabot Drive, Suite 300, Lisle, IL 60532, with the

remaining total balance to be paid to Jong Bae Park.

SO ORDERED, this 17th day of January, 2008.

_____
**CLAUDIA WILKEN
United States District Court Judge**